UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

RANDY COURVILLE            CIVIL ACTION NO. 04-2328

VS.            JUDGE DOHERTY

JO ANNE BARNHART, Commissioner      MAGISTRATE JUDGE METHVIN
Social Security Administration

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. After an independent review of the record and the applicable jurisprudence, and noting the absence of objection, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner's administrative decision is **REVERSED** and this action is **REMANDED** to the Commissioner for further administrative action pursuant to the fourth sentence of 42 U.S.C. § 405(g).[1] This includes, but does not limit, sending the case to the hearing level with instructions to the ALJ to obtain a consultative orthopedic and cardiac evaluation. Claimant shall be afforded the opportunity to submit evidence and to testify at the hearing.

Lafayette, Louisiana this 29 day of _____, 2005.

REBECCA F. DOHERTY
UNITED STATES DISTRICT COURT

---

[1] A fourth sentence remand constitutes a "final judgment" that triggers the filing period for an EAJA fee application. Shalala v. Schaeffer, 509 U.S. 292, 113 S.Ct. 2625, 2631 (1993); Freeman v. Shalala, 2 F.3d 552 (5th Cir. 1993).